IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DWIGHT STICKLE, | : | |
| Plaintiff | : | Civil Action 2:08-cv-1106 |
| v. | : | Judge Marbley |
| COMMISSIONER OF SOCIAL SECURITY, | : | Magistrate Judge Abel |
| | : | |
| Defendant | | |

## ORDER

On July 20, 2009, the Magistrate Judge issued a report and recommendation that the decision of the Commissioner of Social Security be affirmed. Objections to this report and recommendation were due by August 6, 2009.

Plaintiff has filed no objections to the report and recommendation. On *de novo* review as required by 28 U.S.C. §636(b), I find the report and recommendation well taken. Accordingly, it (Doc. 20) is **ADOPTED**. The decision of the Commissioner of Social Security is **AFFIRMED**, and this case is hereby **DISMISSED**. The Clerk of Court is instructed to close this case.

s/Algenon L. Marbley
United States District Judge